UNITED STATES OF AMERICA

IN THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| Derek Antol, individually and as next friend of DSA, a minor, DSAII, a minor, and Tryston Antol,<br>　　　Plaintiffs, | File No: 1:17-cv-613 |
| v. | |
| Adam Dent, Kate Strauss,<br>Casey Bringedahl, Casey Trucks,<br>Pete Kutches, and Western Michigan<br>Enforcement Team, a public<br>body organized under the laws of the<br>State of Michigan,<br>　　　Defendants, | Hon.<br>U.S. District Court Judge |

_____/

J. Nicholas Bostic (P40653)
Attorney for Plaintiffs
909 N. Washington Ave.
Lansing MI 48906
517-706-0132

John G. Fedynsky (P65232)
Assistant Attorney General
Michigan Dep't of Attorney General
Attorney for Defendant Casey Trucks
525 W. Ottawa St., P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
FedynskyJ@michigan.gov

Allan C. Vander Laan (P33893)
Curt A. Benson (P38891)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants Adam Dent,
Kate Strauss, Casey Bringedahl & Peter Kutches
2851 Charlevoix Dr., S.E. - Suite 327
Grand Rapids MI 49546
616-975-7470
avanderlaan@cmda-law.com

_____/

## APPLICATION FOR ENTRY OF DEFAULT

　　　Plaintiffs, for their application, state:

　　　1.  The complaint [R 1, PageID#1] and summons [R. 6, PageID#27] were served on Defendant Western Michigan Enforcement Team (WEMET) by personal service on the team leader, Lt. Andy Fias, on October 12, 2017. Return, R. 14, PageID#107.

　　　2.  As of November 4, 2017, Defendant WEMET has failed to appear, plead, or otherwise defend as required by Fed.R.Civ.P. 12(a)(1)(A)(i).

4.  More than 21 days have passed and Defendant WEMET has failed to appear, plead or otherwise defend as required by Fed. R. Civ. P. 12(a)(1)(A)(ii).

5.  Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs request the Clerk to enter the default of Defendant WEMET.

6.  Upon information and belief, Defendant WEMET is an entity and is not in the active military service.

7.  Defendant WEMET is a public body organized under the laws of the State of Michigan.

WHEREFORE, Plaintiffs respectfully request the Clerk enter the default of Defendant WEMET for failure to appear, plead or otherwise defend as provided by law.

Dated: 11/4/2017

/s/ J. Nicholas Bostic
J. Nicholas Bostic (P40653)
Attorney for Plaintiff
909 N. Washington Ave.
Lansing, MI 48906
(517) 706-0132

**CLERK'S ENTRY OF DEFAULT**

The default of Defendant WEMET for failure to appear, plead or otherwise defend is entered.

_____                          _____
Date                                Court Clerk

## CERTIFICATE OF SERVICE

      I, J. Nicholas Bostic, certify that, on November 4, 2017, I served Application for Entry of Default electronically by using the Court's electronic filing system which will send notice of filing to all counsel of record and to WEMET at the address of service by first class mail by placing same in a postal receptacle at Lansing, Michigan with postage affixed. I declare that the above statement is true to the best of my information, knowledge and belief.


Dated: 11/04/2017　　　　　　　　　　　　　/s/ J. Nicholas Bostic
　　　　　　　　　　　　　　　　　　　　　　J. Nicholas Bostic
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　909 N. Washington Ave.
　　　　　　　　　　　　　　　　　　　　　　Lansing, MI  48906
　　　　　　　　　　　　　　　　　　　　　　517-706-0132