UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL,

    Plaintiff,

V

ADAM DENT, et al,

    Defendants.

_____/

CASE NO. 1:17-cv-613

HON. JANET T. NEFF

## STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT

NOW COME the parties by and through their respective counsel and hereby stipulate and agree that that the Entry of Default dated November 6, 2017 be set aside.

Dated: November 6, 2017

By: /s/ Nicholas Bostic (P40653)
Attorney for Plaintiff

Dated: November 10, 2017

By: /s/ Douglas M. Hughes (P30958)
Attorney for Defendant WEMET

## ORDER

IT IS SO ORDERED.

Dated: November 14, 2017

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge