UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL, et al.,

    Plaintiffs,

Case No. 1:17-cv-613

v.

HON. JANET T. NEFF

DEREK ANTOL, et al.,

    Defendants.
_____/

## **ORDER**

The court records reveal that Plaintiffs served a summons and complaint on Defendant Western Michigan Enforcement Team on October 11, 2017 (ECF No. 14) and this defendant failed to file a response within the time allowed in the court rules. On November 6, 2017, an Entry of Default as to Defendant Western Michigan Enforcement Team (ECF No. 20) was issued. Just over a week later, the entry of default was set aside (ECF No. 22). Since that time, Defendant Western Michigan Enforcement Team has still not filed an answer or other responsive pleading to Plaintiffs' complaint. In addition, Plaintiffs have failed to move for another entry of default against this defendant. Therefore,

**IT IS HEREBY ORDERED** that Defendant Western Michigan Enforcement Team shall, not later than **December 14, 2017**, file its answer or other responsive pleading to Plaintiffs' complaint. In the event that Defendant Western Michigan Enforcement Team fails to timely file its answer or other responsive pleading, Plaintiffs shall move for an entry of default against Defendant Western Michigan Enforcement Team within seven (7) days of the deadline to do so.


Dated:  November 30, 2017                 /s/ Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge