Muskegon County Court Services

http://www.muskegongov.org/MCCircuitSearch/viewROA.do?listItem=

Attachment 1

## Circuit Court Record Search

For additional information or record copies, please contact the Clerk of the Court Office located at Michael E. Kobza Hall of Justice, 990 Terrace, Muskegon, MI (231) 724-6251.

**Register of Action**

| | |
|---|---|
| Case Number: | 15-065974-FH    Judge: WILLIAM C. MARIETTI |
| Case Title: | People vs. ANTOL, DEREK STEPHEN |
| Defendant: | ANTOL, DEREK STEPHEN |
| Offense Date: | 11/07/2014 |
| File Date: | 03/11/2015 |

**Charges**

| | |
|---|---|
| Count 1: | 333 74012D3, CONTROLLED SUBSTANCE - DELIVERY/MANUFACTURE MARIJUANA |
| Disposition: | ORDER OF DISMISSAL (OF DEFERRED)    Event: PLEA    Date: 06/22/2015 |

| File Date | Action |
|---|---|
| 11/30/2015 | Letter Sent (not for this case |
| 07/15/2015 | Letter Sent (not for this case |
| | Letter Sent (not for this case |
| 07/07/2015 | FINAL ORDER OR JUDGMENT FILED<br>*MOT/ORDER OF NOLLE PROSEQUI<br>--DISMISSED ON ALL COUNTS |
| 06/22/2015 | PLEA<br>ROBERTS/WISTROM CASE<br>DISMISSED AS PART OF A PLEA<br>DEAL IN FILE 15-65975<br>REMOVE TRIAL DATES |
| 04/20/2015 | WITNESS LIST FILED<br>NOTICE SENT FOR<br>3-day trial, to be continued<br>JULY 1 & 2, 2015.<br>PROOF OF SERVICE FILED |
| 03/25/2015 | NOTICE SENT FOR<br>04/07/2015 2:00 PM<br>    PRE-TRIAL HEARING<br>PROOF OF SERVICE FILED |
| 03/23/2015 | *DEF'S REQ FOR DISCOVERY<br>*PRF/SVC |
| 03/17/2015 | PROOF OF SERVICE FILED<br>RE: FELONY INFORMATION AND NTC<br>OF ENHANCEMENT |
| 03/16/2015 | ARRAIGNMENT |
| 03/13/2015 | WITNESS LIST FILED |
| 03/11/2015 | RETURN TO CIRCUIT COURT<br>BOND POSTED<br>BAD BOYS BAIL BONDS<br>POWER NO us50 788562<br>INDIANA LUMBERMENS MUT INS CO<br>NO ALCOHOL,NO DRUGS, NO NEW<br>CHARGES |

Muskegon County Court Services        http://www.muskegongov.org/MCCircuitSearch/viewROA.do?listItem=1

## Circuit Court Record Search

For additional information or record copies, please contact the Clerk of the Court Office located at Michael E. Kobza Hall of Justice, 990 Terrace, Muskegon, MI (231) 724-6251.

**Register of Action**

| | |
|---|---|
| **Case Number:** | 15-065975-FH |
| **Judge:** | WILLIAM C. MARIETTI |
| **Case Title:** | People vs. ANTOL, DEREK STEPHEN |
| **Defendant:** | ANTOL, DEREK STEPHEN |
| **Offense Date:** | 01/01/2010 |
| **File Date:** | 03/11/2015 |

**Charges**

| | | | |
|---|---|---|---|
| **Count 1:** | 333 74012D11, CONTROLLED SUBSTANCE-DELIVERY/MANUFACTURE 5-45 KILOS MARIJUANA | | |
| **Disposition:** | PLEAD GUILTY | **Event:** PLEA | **Date:** 06/22/2015 |
| **Count 2:** | 333 74012D11, CONTROLLED SUBSTANCE-DELIVERY/MANUFACTURE 5-45 KILOS MARIJUANA | | |
| **Disposition:** | PLEAD GUILTY | **Event:** PLEA | **Date:** 06/22/2015 |
| **Sentence:** | JAIL - 12 MONTH(S); CREDIT FOR 11 DAY(S) SERVED | | **Date:** 09/08/2015 |
| | 100.00 P.O.F.PROBATION - 24.0 MONTHS | | |
| **Sentence:** | JAIL - 12 MONTH(S); CREDIT FOR 11 DAY(S) SERVED | | **Date:** 09/08/2015 |
| | 68.00 - STATE MINIMUM COSTS | | |
| **Fine/Fee:** | $68.00 - STATE MINIMUM COSTS | | **Date:** 06/22/2015 |
| **Fine/Fee:** | $130.00 - CRIME VICTIM RIGHTS | | **Date:** 06/22/2015 |
| **Fine/Fee:** | $450.00 - CIR CT COST POST CUNNING. | | **Date:** 06/22/2015 |
| **Fine/Fee:** | $68.00 - STATE MINIMUM COSTS | | **Date:** 09/08/2015 |
| **Fine/Fee:** | $143.20 - 20% LATE FEE | | **Date:** 11/06/2015 |

| File Date | Action |
|---|---|
| 06/07/2017 | *ORDER FOR DISCHARGE FROM PROBATION |
| 07/12/2016 | PREV. MUSKEGON COUNTY JAIL ADDR. 25 W WALTON AVE MUSKEGON MI 49442 SOURCE: DEREK ANTOL |
| 03/21/2016 | Removed COLLECT status - JAIL |
| 02/04/2016 | MOTION FILED SET NEXT DATE FOR: 02/29/2016 3:00 PM MOTION HEARING |
| 12/15/2015 | *ORDER AUTHORIZING DEFT TO ATTEND CIVIL COURT HEARING DURING WORK RELEASE SENTENCE |
| 11/30/2015 | Letter Sent - 100 - $2,569.20 |
| 11/06/2015 | MONEY ORDERED AUTOMATIC LATE FEE ASSESSMENT |
| 11/02/2015 | COLLECT Status - JAIL |
| 09/17/2015 | PREV. 1769 N. GREENCREEK ADDR. MUSKEGON MI 49445 |
| 09/16/2015 | COLLECT Status - JAIL |
| 09/08/2015 | *ORDER OF PROBATION SENTENCING 100.00 P.O.F. SENTENCING CORBETT/WISTROM F&C, SIR, RIGHT OF APPEAL, MITTIMUS, JUDGMENT. DEFENDANT TO REPORT TO JAIL ON 9/8/15 AT 10:15 P.M. WORK RELEASE IS AUTHORIZED. FINAL ORDER OR JUDGMENT FILED BOND CANCELED |
| 08/25/2015 | NOTICE SENT FOR 09/08/2015 1:15 PM SENTENCING PROOF OF SERVICE FILED |
| 07/15/2015 | Letter Sent - 102 - $648.00 Letter Sent (not for this case |
| 06/25/2015 | NOTICE SENT FOR PROOF OF SERVICE FILED |
| 06/23/2015 | REMOVE TRIAL DATES |
| 06/22/2015 | PLEA PLEA ROBERTS/WISTROM COBBS: NO MORE THAN 12 MONTHS MCJ. DISMISS FILE 15-65974. PSI, ADVICE OF RIGHTS, BOND CONT. MONEY ORDERED |
| 06/17/2015 | SET CASE ON CALENDAR SET NEXT DATE FOR: 06/22/2015 2:30 PM MOTION HEARING |

| Date | Entry |
|---|---|
| 06/08/2015 | MOTION FILED<br>SET NEXT DATE FOR: 06/15/2015 2:00 PM<br>   MOTION HEARING |
| 06/05/2015 | *AFFIRMATIVE DEFENSE OF DEFT<br>ANTOL UNDER MCL 333.26428<br>*PRF/SVC |
| 04/29/2015 | MOTION FILED<br>SET NEXT DATE FOR: 06/01/2015 1:30 PM<br>   MOTION HEARING |
| 04/20/2015 | WITNESS LIST FILED<br>NOTICE SENT FOR<br>3-day trial, to be continued<br>JULY 1 & 2, 2015.<br>PROOF OF SERVICE FILED |
| 03/25/2015 | NOTICE SENT FOR<br>04/07/2015 2:00 PM<br>   PRE-TRIAL HEARING<br>PROOF OF SERVICE FILED |
| 03/20/2015 | *DEF'S REQ FOR DISCOVERY<br>*PRF/SVC |
| 03/17/2015 | PROOF OF SERVICE FILED<br>RE: FELONY INFORMATION AND NTC<br>OF ENHANCEMENT |
| 03/16/2015 | ARRAIGNMENT |
| 03/13/2015 | WITNESS LIST FILED |
| 03/11/2015 | RETURN TO CIRCUIT COURT<br>BOND POSTED<br>BAD BOYS BAIL BONDS<br>POWER NO US100 787998<br>INDIANA LUMBERMENS MUT INS CO<br>NO ALCOHOL,NO DRUGS,NO NEW<br>CHARGES<br>CODEFENDANT/CONSOLIDATED<br>SCOTT AUGUST,DAVID BURCICKI,<br>CHARLES ALBRECHT,GARY WOLTERS,<br>KYLE SOENTGEN,BRAD BOURDEAUX,<br>RYAN FROST,LOUIS SLATER,<br>SAMANTHA CONKLIN,BRENDA AURICH |