ATTACHMENT 2

AUTOMATED INCIDENT CAPTURE SYSTEM
INCIDENT PROPERTY REPORT - FULL

```
           AGENCY          : MI3300700
           INCIDENT NUMBER : WMN-0000111-2013
           DATE OF REPORT  : 07/18/2016 AT 13:07
```
PROP STATUS: Audit
INFORMATION: AUDIT BY EVANS AND FIAS

JOURNAL ENTRY: 261, DATE/TIME: 09/25/2014, 1256
USER: WILLIAMS EVANS
PROP STATUS: Audit
INFORMATION: PROPERTY AUDIT ON 09/25/14 BY INSP. HENKE AND PROPERTY ROOM
MANAGER BILL EV ANS.

JOURNAL ENTRY: 346, DATE/TIME: 08/26/2015, 1324
USER: ANDREW FIAS
PROP STATUS: Audit
INFORMATION: AUDITED BY EVANS AND FIAS ON 8/26/15

JOURNAL ENTRY: 420, DATE/TIME: 09/18/2015, 0854
USER: KATHRYN STRAUS
PROP STATUS: Authorize to destroy
INFORMATION: Authorized By : STRAUS,KATHRYN

JOURNAL ENTRY: 460, DATE/TIME: 12/08/2015, 0945
USER: CHRIS MCINTIRE
PROP STATUS: Destroyed

INFORMATION: Disposed By : MCINTIRE,CHRIS

DISPOSED ON: 12/08/2015, AUTHORIZED BY: STRAUS,KATHRYN
WITNESS: EVANS,WILLIAMS, DISPOSED BY: MCINTIRE,CHRIS
LOCALE: GRAND RAPIDS INCINERATOR
STREET ADDRESS:

21 - Seized, Radio/TV/VCR

CURRENT STATUS: Destroyed

QUANTITY: 1, TYPE: RCDRECO, MODEL: AVS ATOM, S/N: AM8207101
SEIZED BY: A DENT
DESCRP : ONE PAPER BAG CONTAINING DVR SURVEILLANCE EQUIPMENT.

BIN #: 1, Property Room, DATE/TIME RECOVERED: 07/09/2014, 1700

STREET ADDRESS: 885  E   APPLE  Avenue
COUNTY: Muskegon, CITY/TOWNSHIP: Muskegon,
AT OR NEAR: EASTGATE
ADDITIONAL LOCATION INFO: LOCATED IN SAFE ROOM BY DENT.

REVIEW DATE/TIME: 08/07/2014, 0900 REVIEWER: ANDREW FIAS

JOURNAL ENTRY: 184, DATE/TIME: 08/07/2014, 0900
USER: ANDREW FIAS
PROP STATUS: Changed bin or lab number
INFORMATION: Bin#, Changed From : 12        Muskegon Temporary Locker
To :  2         Pass Through Locker

JOURNAL ENTRY: 185, DATE/TIME: 08/07/2014, 0900
USER: ANDREW FIAS
PROP STATUS: Placed in property room
INFORMATION: TRANSPORTED TO FILLMORE BY FIAS

```
                AUTOMATED INCIDENT CAPTURE SYSTEM
                 INCIDENT PROPERTY REPORT - FULL

         AGENCY          :  MI3300700
         INCIDENT NUMBER :  WMN-0000111-2013
         DATE OF REPORT  :  07/18/2016 AT 13:07
```

JOURNAL ENTRY: 192, DATE/TIME: 08/07/2014, 1251
USER: WILLIAMS EVANS
PROP STATUS: Changed bin or lab number
INFORMATION: Bin#, Changed From : 2        Pass Through Locker
To : 1          Property Room

JOURNAL ENTRY: 193, DATE/TIME: 08/07/2014, 1251
USER: WILLIAMS EVANS
PROP STATUS: Placed in property room
INFORMATION: REMOVED FROM PASS THRU LOCKER - PLACED IN PROPERTY ROOM

JOURNAL ENTRY: 238, DATE/TIME: 09/02/2014, 1318

USER: ANDREW FIAS
PROP STATUS: Audit
INFORMATION: AUDIT BY EVANS AND FIAS

JOURNAL ENTRY: 280, DATE/TIME: 09/25/2014, 1256
USER: WILLIAMS EVANS
PROP STATUS: Audit
INFORMATION: PROPERTY AUDIT ON 09/25/14 BY INSP. HENKE AND PROPERTY ROOM
MANAGER BILL EV ANS.

JOURNAL ENTRY: 326, DATE/TIME: 03/20/2015, 1431
USER: PHILIP MARSHALL
PROP STATUS: Temp. removed from prpty room
INFORMATION: TO MUSKEGON FOR FURTHER INVESTIGATION

JOURNAL ENTRY: 327, DATE/TIME: 03/27/2015, 0921
USER: MICHELE DUNLAP
PROP STATUS: Changed bin or lab number
INFORMATION: Bin#, Changed From : 1        Property Room
To : 2          Pass Through Locker

JOURNAL ENTRY: 328, DATE/TIME: 03/27/2015, 0921
USER: MICHELE DUNLAP

PROP STATUS: Placed in property room
INFORMATION: TRANSPORTED TO FILLMORE BY D/TPR MARSHALL ON 3/27/15

JOURNAL ENTRY: 329, DATE/TIME: 03/27/2015, 1221
USER: PHILIP MARSHALL
PROP STATUS: Changed bin or lab number
INFORMATION: Bin#, Changed From : 2        Pass Through Locker
To : 1          Property Room

JOURNAL ENTRY: 330, DATE/TIME: 03/27/2015, 1221
USER: PHILIP MARSHALL
PROP STATUS: Placed in property room
INFORMATION: REMOVED FROM PASS THROUGH - PLACED IN PROPERTY ROOM

JOURNAL ENTRY: 371, DATE/TIME: 08/26/2015, 1326
USER: ANDREW FIAS
PROP STATUS: Audit
INFORMATION: AUDITED BY EVANS AND FIAS ON 8/26/15

```
           AUTOMATED INCIDENT CAPTURE SYSTEM
             INCIDENT PROPERTY REPORT - FULL

           AGENCY          : MI3300700
           INCIDENT NUMBER : WMN-0000111-2013
           DATE OF REPORT  : 07/18/2016 AT 13:07
   JOURNAL ENTRY: 421, DATE/TIME: 09/18/2015, 0910
   USER: KATHRYN STRAUS
   PROP STATUS: Authorize to destroy
   INFORMATION: Authorized By : STRAUS,KATHRYN

   JOURNAL ENTRY: 447, DATE/TIME: 12/08/2015, 0945
   USER: CHRIS MCINTIRE
   PROP STATUS: Destroyed
   INFORMATION: Disposed By : MCINTIRE,CHRIS

   DISPOSED ON: 12/08/2015, AUTHORIZED BY: STRAUS,KATHRYN
   WITNESS: EVANS,WILLIAMS, DISPOSED BY: MCINTIRE,CHRIS
   LOCALE: GRAND RAPIDS INCINERATOR
   STREET ADDRESS:

22 - Seized, Miscellaneous

   CURRENT STATUS: Destroyed

   MISCELLANEOUS INFORMATION: TWO BINDERS WITH MARIJUANA INFORMATION ON STRAINS.
   SEIZED BY: A DENT
   DESCRP : ONE PAPER BAG CONTAINING TWO BINDERS WITH MARIJUANA INFORMATION ON
   STRAINS SOLD IN STORE.

   BIN #: 1, Property Room, DATE/TIME RECOVERED: 07/09/2014, 1700

   STREET ADDRESS: 885  E  APPLE  Avenue
   COUNTY: Muskegon, CITY/TOWNSHIP: Muskegon,

   AT OR NEAR: EASTGATE
   ADDITIONAL LOCATION INFO: LOCATED IN MARIJUANA ROOM ON SHELF BY DENT.

   REVIEW DATE/TIME: 07/14/2014, 0929 REVIEWER: ANDREW FIAS

   JOURNAL ENTRY: 70, DATE/TIME: 07/14/2014, 0929
   USER: ANDREW FIAS
   PROP STATUS: Changed bin or lab number
   INFORMATION: Bin#, Changed From : 12       Muskegon Temporary Locker
   To :  2          Pass Through Locker

   JOURNAL ENTRY: 71, DATE/TIME: 07/14/2014, 0929
   USER: ANDREW FIAS
   PROP STATUS: Placed in property room
   INFORMATION: TRANSPORTED TO FILLMORE BY FIAS

   JOURNAL ENTRY: 154, DATE/TIME: 07/15/2014, 1151
   USER: WILLIAMS EVANS
   PROP STATUS: Changed bin or lab number
   INFORMATION: Bin#, Changed From : 2        Pass Through Locker
   To :  10         Shelf

   JOURNAL ENTRY: 155, DATE/TIME: 07/15/2014, 1151

   USER: WILLIAMS EVANS
   PROP STATUS: Placed in property room
   INFORMATION: REMOVED FROM PASS THRU LOCKER - PLACED IN PROPERTY ROOM
```