UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL, et al.,

    Plaintiffs,

Case No. 1:17-cv-613

v.

HON. JANET T. NEFF

ADAM DENT, et al.,

    Defendants.
_____/

## ORDER SETTING PRE-MOTION CONFERENCE

A pre-motion conference is scheduled for **August 10, 2018 at 10:00 a.m.** before the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan. The attorneys handling the matter for trial are required to be present at this conference, at which time a briefing schedule will be discussed.

**IT IS SO ORDERED**.

Dated: June 11, 2018

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge