UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL, et al.,

    Plaintiffs,

v.

ADAM DENT, et al.,

    Defendants.
_____/

Case No. 1:17-cv-613

HON. JANET T. NEFF

## ORDER

Defendants Adam Dent, Kate Strauss and Casey Bringedahl filed a Pre-Motion Conference Request concerning their anticipated motion for summary judgment (ECF No. 39), and Defendant Casey Trucks filed a Pre-Motion Conference Request concerning his anticipated motion for summary judgment (ECF No. 40). Defendants Pete Kutches and Western Michigan Enforcement Team have failed to file a response to the Pre-Motion Conference Requests. Therefore,

**IT IS HEREBY ORDERED** that Defendants Pete Kutches and Western Michigan Enforcement Team shall each file a Response to the Pre-Motion Conference Requests no later than June 19, 2018. Counsel shall adhere to the requirements set forth in Judge Neff's Information and Guidelines for Civil Practice, which are available on the Court's website (www.miwd.uscourts.gov).

Dated: June 12, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge