UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL,

    Plaintiff,

V                                                       CASE NO. 1:17-cv-613

ADAM DENT, et al,                         HON. JANET T. NEFF

    Defendants.

_____/

| | |
|---|---|
| J. Nicholas Bostic (P40653)<br>Attorney for Plaintiff<br>909 N. Washington Avenue<br>Lansing, MI 48903<br>517-706-0132 | Allan C. Vander Laan (P33893)<br>Curt A. Benson (P38891)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Adam Dent,<br>Kate Strauss, Case Bringedahl & Peter Kutches<br>2851 Charlevoix Dr., SE – Suite 327<br>Grand Rapids, MI 49546<br>616-975-7470 |
| John G. Fedynsky (P65232)<br>Adam Sadowski     (P73864)<br>Michigan Dep't of Attorney General<br>Attorney for Defendant Casey Trucks<br>525 W. Ottawa Street<br>PO Box 30736<br>Lansing, MI 48909<br>517-373-6434 | Douglas M. Hughes (P30958)<br>John M. Karafa (P36007)<br>Williams Hughes PLLC<br>Attorneys for Defendant WEMET<br>120 W. Apple Avenue<br>Muskegon, MI 49440<br>231-726-4857 |

_____/

## STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT WEMET ONLY

NOW COME Plaintiff, Derek Antol, and Defendant, Western Michigan Enforcement Team (WEMET), by and through counsel, and having resolved fully and finally their differences in the within action hereby stipulate to the entry of an Order of Dismissal as to Defendant WEMET only, with prejudice, and without fees or costs.

Dated:  June 18, 2018

  /s/ J. Nicholas Bostic  
 J. Nicholas Bostic  
 Attorney for Plaintiff Antol

  /s/ John M. Karafa  
 John M. Karafa  
 Attorney or Defendant WEMET

Concur:

  /s/ *Adam P. Sadowski*  
 Adam P. Sadowski  
 Assistant Attorney Gerneral  
 Attorney for Def. Casey Trucks

  /s/ *Curt A. Benson*  
 Curt A. Benson  
 Attorney for Defs. Dent,  
 Strauss, Bringedahl, Kutches

## ORDER

The Court having reviewed the Stipulation of the parties, and otherwise being advised in the premises, hereby approves the stipulation for entry of an order dismissing the within action, only as to Defendant Western Michigan Enforcement Team (WEMET), with prejudice, and without fees or costs.

This is not a final order, and does not close the case.

**IT IS SO ORDERED.**

Dated: _____

_____  
HONORABLE JANET T. NEFF  
UNITED STATES DISTRICT JUDGE