UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL,

    Plaintiff,

V                                                CASE NO. 1:17-cv-613

ADAM DENT, et al,                        HON. JANET T. NEFF

    Defendants.

_____/

| | |
|---|---|
| J. Nicholas Bostic (P40653)<br>Attorney for Plaintiff<br>909 N. Washington Avenue<br>Lansing, MI 48903<br>517-706-0132 | Allan C. Vander Laan (P33893)<br>Curt A. Benson (P38891)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Adam Dent,<br>Kate Strauss, Case Bringedahl & Peter Kutches<br>2851 Charlevoix Dr., SE – Suite 327<br>Grand Rapids, MI 49546<br>616-975-7470 |
| John G. Fedynsky (P65232)<br>Adam Sadowski   (P73864)<br>Michigan Dep't of Attorney General<br>Attorney for Defendant Casey Trucks<br>525 W. Ottawa Street<br>PO Box 30736<br>Lansing, MI 48909<br>517-373-6434 | Douglas M. Hughes (P30958)<br>John M. Karafa (P36007)<br>Williams Hughes PLLC<br>Attorneys for Defendant WEMET<br>120 W. Apple Avenue<br>Muskegon, MI 49440<br>231-726-4857 |

_____/

## **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT WEMET ONLY**

    NOW COME Plaintiff, Derek Antol, and Defendant, Western Michigan Enforcement Team (WEMET), by and through counsel, and having resolved fully and finally their differences in the within action hereby stipulate to the entry of an Order of Dismissal as to Defendant WEMET only, with prejudice, and without fees or costs.

Dated:  June 18, 2018

  /s/ J. Nicholas Bostic                                                    /s/ John M. Karafa
 J. Nicholas Bostic                                                 John M. Karafa
 Attorney for Plaintiff Antol                           Attorney or Defendant WEMET

Concur:

   /s/ *Adam P. Sadowski*                                      /s/ *Curt A. Benson*
 Adam P. Sadowski                                               Curt A. Benson
 Assistant Attorney Gerneral                          Attorney for Defs. Dent,
 Attorney for Def. Casey Trucks                      Strauss, Bringedahl, Kutches

## ORDER

      The Court having reviewed the Stipulation of the parties, and otherwise being advised in the premises, hereby approves the stipulation for entry of an order dismissing the within action, only as to Defendant Western Michigan Enforcement Team (WEMET), with prejudice, and without fees or costs.

This is not a final order, and does not close the case.

      **IT IS SO ORDERED.**

                                                          /s/ Janet T. Neff
Dated:  June 19, 2018                           HONORABLE JANET T. NEFF
                                                          UNITED STATES DISTRICT JUDGE