UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:17-cv-613 | 8/10/2018 | 10:03 AM – 10:30 AM | Grand Rapids | Janet T. Neff |

## CASE CAPTION

| Plaintiffs: | Defendants: |
|---|---|
| Derek Antol, et al. | Adam Dent, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| J. Nicholas Bostic | Plaintiffs |
| Curt A. Benson | Defendants Adam Dent, Kate Strauss, Casey Bringedahl and Pete Kutches |
| Patrick Stephen Myers | Defendant Casey Trucks |

## PROCEEDINGS

**NATURE OF HEARING:** Pre-Motion Conference held regarding ECF Nos. 39, 40; Order to issue.

Court Reporter: Kathy Anderson
Clerk: Rita Buitendorp