UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANTOL, DEREK, individually and as
next friend for DSAII, a minor, DEVON
S. ANTOL. and TRYSTON ANTOL,

    Plaintiffs,                           Case No. 1:17-cv-613

v.                                       HON. JANET T. NEFF

ADAM DENT, KATE STRAUS, CASEY
BRINGEDAHL, CASEY TRUCKS, and
PETE KUTCHES,

    Defendants.

_____

## CERTIFICATE OF SERVICE

      Curt A. Benson states he is counsel for Defendants Dent, Strauss, Bringedahl, and Kutches, in the above entitled cause of action, and on the 31st day of August 2018, he served Defendants Dent, Strauss, Bringedahl and Kutches' Motion for Summary Judgment and Brief in Support of Defendants Dent, Straus, Bringedahl and Kutches' Motion for Summary Judgment on behalf of above-stated Defendants, via first-class mail, postage prepaid to:

J. Nicholas Bostic                      John G. Fedynsky
909 N. Washington Ave.            Assistant Attorney General
Lansing MI  48906                   Michigan Dept. of Attorney General
                                             525 W. Ottawa Street
                                             P.O. Box 30736
                                             Lansing, MI  48909

     The above information is true to the best of my knowledge, information and belief.

                                       /s/ Curt A. Benson
                                       Curt A. Benson (P38891)