UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL, et al.,

    Plaintiffs,

v.

    Case No. 1:17-cv-613

    HON. JANET T. NEFF

ADAM DENT, et al.,

    Defendants.
_____/

## ORDER

Pending before the Court is Plaintiffs and Defendant Casey Trucks' Stipulated Proposed Order to extend deadline (ECF No. 55), seeking to extend the deadline for Defendant Trucks to file his motion for summary judgment. The Court, having reviewed the filing, will grant the request to the extent that Defendant Trucks will be permitted to serve his motion for summary judgment and file a proof of service no later than October 2, 2018.[1] Therefore,

**IT IS HEREBY ORDERED** that the Stipulated Proposed Order to extend deadline (ECF No. 55) is GRANTED to the extent that Defendant Trucks is permitted to serve his motion for summary judgment and file a proof of service no later than <u>October 2, 2018</u>.

Dated: October 1, 2018
                                                    /s/ Janet T. Neff
                                                  JANET T. NEFF
                                                  United States District Judge

---

[1] Per the August 10, 2018 order (ECF No. 47) and the Court's Information and Guidelines for Civil Practice, the parties shall electronically file their respective motion papers as soon as the motion is fully briefed.