UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL, et al.,

    Plaintiffs,

v.

                                                        Case No. 1:17-cv-613

ADAM DENT, et al.,

                                                        HON. JANET T. NEFF

    Defendants.

_____/

## ORDER

Pending before the Court is Plaintiffs' Motion to extend date for response and to exceed the page limitations (ECF No. 58). The Court, having reviewed the filing, will grant in part and deny in part the request. Specifically, to the extent Plaintiffs seek to extend the date for the response, the request is granted. To the extent Plaintiffs seek to extend the page limits, the request is denied. Accordingly:

**IT IS HEREBY ORDERED** that the Motion to extend date for response and to exceed the page limitations (ECF No. 58) is GRANTED IN PART AND DENIED IN PART; Plaintiffs' Response shall be served and a proof of service filed not later than October 10, 2018.

Dated: October 9, 2018                                             /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                       United States District Judge