# EXHIBIT 1

Page 29

cousin and his girlfriend, who were there. Kind of helping them out with a place to stay.
Q. Okay.
A. And also security measure, if you will, for us, because we did still have quite a bit of personal belongings stored in the garage and in the basement yet.
Q. Who is your cousin?
A. That was Mike Porter.
Q. And his girlfriend?
A. Heather Drabough (sp).
Q. Were they paying rent?
A. They were, yes.
Q. How long had they lived there before this -- before July 9th --
A. Oh, gosh --
Q. -- 2014?
A. -- not long. A matter of a couple months, maybe.
Q. Okay. And, to the best of your recollection, how long had you lived at North Green Creek before this incident?
A. We were there approximately four years.
Q. And it was you, Tryston, Devon, and Derek, Jr. at the time of the raid?
A. And Samantha.

Page 30

Q. And Samantha Conklin?
A. Yep.
Q. Was she a girlfriend?
A. Fiancee, yes.
Q. Fiancee? Is she today?
A. Yes.
Q. Now, going back to July 9th, you have Deuces Wild Smoke Shop at 885 East Apple Avenue. How many employees did you have there?
A. I believe at the time we had four.
Q. Okay. Do you remember their names?
A. Donald Supernaw, who's my brother, there was Fred Fenning, Jr., Andrew Moser, and I forget Rob's last name. Rob something or other. I forget his last name.
Q. And did you pay them an hourly rate?
A. Yes, they were on payroll.
Q. And they weren't on commission or anything?
A. No.
Q. Okay. Now, I understand that -- well, first of all, 885 East Apple Avenue, is that a building you own?
A. No. That was another one I had a land contract, we were purchasing that building.
Q. Okay. And I should rephrase that.
Were you purchasing the building on or

Page 31

about July 9th, 2014?
A. We were, yes, yeah.
Q. Okay. From whom were you purchasing it?
A. Donald Shampine.
Q. Champagne, like the wine?
A. Shampine.
Q. Do you think you could spell it?
A. S-H-A-M-P-I-N-E. And I believe that's Dasras, Incorporated, D-A-S-R-A-S is his --
Q. So you think maybe it was -- was it Dasras?
A. Dasras.
Q. Dasras?
A. D-A-S-R-A-S.
Q. And Dasras was the corporation that you think actually owned the building?
A. I believe so, yes.
Q. And what were the terms? In other words, what did you pay for it, and what were you paying a month?
A. It was a -- it was to be a five-year balloon -- or five-year land contract. I think the agreed purchase price was 120,000, and our payments were 1,695 a month.
Q. Okay. And what was that building before you bought it, do you remember, was it a commercial --
A. Before we -- before we moved in, it was -- there were

Page 32

actually two entities in it, as we had. There was Alf Insurance, and there was a Cash Advance store.
Q. Okay.
A. Both in the same location.
Q. Do you remember the square footage of that building?
A. It was approximately 1,600 square foot.
Q. 1,600?
A. Yeah.
Q. Okay. Is the building roughly a square shape, or is it --
A. Rectangular.
Q. Rectangular?
A. Yeah. It was longer.
Q. And is it divided -- I mean, obviously your allegation is there were -- you know, there's a public place, a nonpublic place, et cetera, et cetera?
A. Correct.
Q. So I'm asking, in the rectangular building, was there divisions within the building?
A. There was, yes.
Q. Okay. Can you describe the division? Walls --
A. Solid wall with a door.
Q. Okay, solid wall with a door. But just so I'm clear, it was one building, correct?
A. Correct.

Q. And it was serviced with electricity, for example, that served the entire building? There weren't two separate meters, correct?
A. Incorrect. There were two separate meters.
Q. And what meter went to what?
A. One meter was for the Deuces Wild, and the other was for the 885 East Apple.
Q. I'm sorry?
A. The 885 East Apple.
Q. Okay. Did it have the same address?
A. Yes.
Q. All right. So how -- roughly, what's the square footage of Deuces Wild?
A. Where we're currently at, or at the time?
Q. At the time, I'm sorry. And, again, roughly? I'm not going to hold you to it. I'm just trying to get an idea.
A. It was probably about -- I would say about 1,200 square foot was being leased to Deuces Wild.
Q. Being leased by whom?
A. 885 East Apple.
Q. Okay. What is that?
A. That was an actual entity. It wasn't just the address, it was the actual entity.
Q. Okay. And what was it, a corporation?



A. Yes.
Q. And were you an incorporator or an officer?
A. Yes.
Q. Is that listed in your Interrogatory Answers?
A. It was not, no.
Q. Why not? So there's at least two other entities that you were an officer, which are left off this Interrogatory answer, correct?
A. Yes.
Q. Okay. Well, let's talk about Apple Avenue then. When did you incorporate that?
A. That was right around the same time, November of 2011, when we moved in.
Q. Okay. Why did you incorporate and not just buy it as an individual?
A. Excuse me?
Q. Why did you incorporate and purchase it through a corporation, as opposed to just you individually?
A. The building was being purchased by myself as an individual.
Q. Okay. Then what is 885 East Apple, what was the function of that?
A. That was the alleged dispensary.
Q. Okay. So you say alleged dispensary?
A. That's what I said, yes.



Q. What's the alleged part? Who's made this allegation?
A. It would have been WEMET.
Q. Okay. And what do you mean by dispensary?
A. Provisioning center and dispensary, whatever you want to call it.
Q. I'm sorry?
A. Provisioning center, medical marijuana dispensary, whatever you want to call it.
Q. Okay. Well, it's a term that you used. I'm asking what do you mean by a dispensary? So it's where marijuana is sold?
A. Correct.
Q. Okay. And marijuana -- and that was -- so 885 East -- excuse me, what was the name of the corporation again?
A. 885 East Apple.
Q. Okay. And that was a corporation. And you say "alleged" dispensary?
A. It was an LLC.
Q. Okay, LLC. Okay, and where was that dispensary physically located?
A. In the rear of the building.
Q. Okay. Did you not consider that a marijuana dispensary?
A. We did. Isn't that what I just described it to you as?



Q. Well, you said alleged, and I'm -- and normally when someone says that, they say I disagree with it, that somebody else is calling it a dispensary. So it is a dispensary, correct?
A. It was a dispensary, yes.
Q. Okay. And from that part of the building, you sold marijuana -- or, rather, 885 East Apple --
A. I didn't sell marijuana, no.
Q. Let me finish the question.
885 East Apple, LLC sold marijuana, correct?
A. Correct.
Q. Okay. Did you, as either an officer or an employee of this LLC, ever sell marijuana?
A. I did not.
Q. Okay. So you never handed it to anyone, took any money, correct?
A. I did not.
Q. Okay. Did Samantha Conklin?
A. Yes.
Q. Okay. Did anyone else besides Samantha?
A. Yes.
Q. Who?
A. Rob Holm was his last name, H-O-L-M.
Q. H-O-L-M?