UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANTOL, DEREK, individually and as
next friend for DSAII, a minor, DEREK
S. ANTOL, JR. and TRYSTON ANTOL,

      Plaintiffs,

v.

ADAM DENT, KATE STRAUS, CASEY
BRINGEDAHL, CASEY TRUCKS,
PETE KUTCHES, and WESTERN
MICHIGAN ENFORCEMENT TEAM, a
public body organized under the laws of
the State of Michigan,

      Defendants.

Case No. 1:17-cv-613

HON. JANET T. NEFF

**JOINT STATEMENT OF MATERIAL
FACTS FOR DEFENDANTS DENT,
STRAUS, BRINGEDAHL AND
KUTCHES' MOTION
FOR SUMMARY JUDGMENT**

---

J. Nicholas Bostic (P40653)
Attorney for Plaintiffs
909 N. Washington Ave.
Lansing MI 48906
517-706-0132
barristerbostic@att.net

John G. Fedynsky (P65232)
Adam Sadowski (P73864)
Patrick Stephen Myers (P81444)
Assistant Attorneys General
Michigan Dept. of Attorney General
Attorneys for Defendant Casey Trucks
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
517-373-6434
fedynskyJ@michigan.gov
sadowskia@michigan.gov
myersp@michigan.gov

Allan C. Vander Laan (P33893)
Curt A. Benson (P38891)
Bradley C. Yanalunas (P80528)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants Dent, Straus,
Bringedahl and Kutches
2851 Charlevoix Dr., S.E. - Suite 327
Grand Rapids MI 49546
616-975-7470
avanderlaan@cmda-law.com
cbenson@cmda-law.com
byanalunas@cmda-law.com

---

**JOINT STATEMENT OF MATERIAL FACTS FOR DEFENDANTS DENT, STRAUS, BRINGEDAHL AND KUTCHES' MOTION FOR SUMMARY JUDGMENT**

The Plaintiffs and Defendants, by their attorneys, and pursuant to this Court's Civil Practice Guidelines, submit the following Joint Statement of Material Facts for Defendants' Motion for Summary Judgment:

1. This case arises from law-enforcement activities of WMET (West Michigan Enforcement Team). WMET is a multi-agency task force under the direction of the Michigan State Police. It is comprised of officers from West Michigan law-enforcement agencies from Ottawa, Muskegon and Allegan Counties. It exists by virtue of the Urban Cooperation Act of 1967, M.C.L. § 124.105-512.

2. Plaintiff Derek Antol operated a retail shop at 85 East Apple Avenue, in the City of Muskegon. Deuces Wild sells smoking accessories, vapor supplies, e-cigs, vapor juice, and other smoking related products. (*See* **Antol Dep. p. 12, l.3-9**).

3. On June 4, 2013, Detective Adam Dent, a police officer for the City of Muskegon, working undercover for WMET, displayed to Samantha Conklin, Derek Antol's fiancé and an employee of Deuces Wild, a previously completed application for a medical marijuana card. Ms. Conklin reviewed the paperwork and concluded it was valid. Another employee took Det. Dent into a back room where Det. Dent observed a cash register and approximately twenty-four to thirty jars of marijuana, each labeled with a different name on top. He purchased $45 worth of marijuana. (**Dent Dep. pp. 13-20**)

4. On June 18, 2013, Detective Dent returned to Deuces Wild and paid Samantha Conklin $30 for more marijuana. (**Dent Dep. p. 22, l. 2-3**)

5. A little more than a year later, on July 9, 2014, Michigan State Police Detective Sergeant Carl Schmitz of the MSP Sixth District Tobacco Team contacted a

member of WMET in reference to an administrative tobacco inspection they were conducting on Deuces Wild. The tobacco tax team advised that it observed several jars of suspected marijuana in the rear of the business. WMET arrived at Deuces Wild and also observed the marijuana. WMET obtained three search warrants: one for Deuces Wild, and one each for two homes owned by Mr. Antol: one located at 423 Farr Road and the other located at 1769 North Green Creek Road. The affidavits and search Warrants are attached as **Exhibits 1, 2 and 3**

6.     In executing the warrant at Deuces Wild, WMET seized a significant amount of marijuana, approximately $21,000 in U.S. currency, cellphones, computers, surveillance equipment, and loaded hand gun (found in Ms. Conklin's car).

7.     At some point while officers were present at Dueces Wild, Derek Antol handed a cell phone to his son Derek, Jr. who left the scene with his biological mother.

8.     When learning from another officer that Derek, Jr. had left with the phone, Det. Dent, in the presence of Mr. Antol's attorney, instructed Mr. Antol to direct Derek, Jr. to return the phone. Derek, Jr. returned to the scene and gave the phone to his father who handed it to Detective Dent.

9.     On July 9, 2014, Defendants Bringedahl, Trucks and Kutches were in front of the Green Creek address awaiting the arrival of a search warrant.

10.     In waiting for the search warrant, the officers encountered a man coming from the residence and walking toward the barn. Upon questioning the man, he said he was an electrician working for Mr. Antol. He further stated he "did not know" whether anyone else was in the house. Based on this information, Detective Bringedahl contacted Kate Straus, then a detective sergeant with the Muskegon Police Department, and Det.

Sgt Straus requested the officers to enter the home to secure the residence prior to the search warrant. (**Bringedahl Dep. p. 13, l. 8-1-3**)

11.     Derek Antol received a Notice of Seizure and Intent to Forfeit made pursuant to MCL 333.7523.

12.     Derek Antol posted bond pursuant to MCL 333.7523 (1)(c).

13.     In July and August of 2014, the Muskegon County Prosecutors Office instituted three civil forfeiture actions in Muskegon County Circuit Court. The seized surveillance/security equipment and DVR were not listed as items to be forfeited.

14.     On June 29, 2015, the parties to the forfeiture action consented to an Order regarding the property seized during the execution of the search warrants. See attached Exhibit 4.

15.     After conversations and email exchanges with Senior Assistant Muskegon County Prosecuting Attorney Matthew Roberts, Detective Straus destroyed the DVR. (*See* **Straus Dep. p. 22, l. 9-23**.  *See also* **Roberts Dep. p 12, l. 11-17**.)

Respectfully submitted,

BOSTIC & ASSOCIATES

DATED:  September 20, 2018

By J. Nicholas Bostic_____
   J. Nicholas Bostic (P40653)
   Attorney for Plaintiffs

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

DATED:  September 20, 2018

By /s/ Curt A. Benson_____
   Allan C. Vander Laan (P33893)
   Curt A. Benson (P38891)
   Bradley C. Yanalunas (P80528)
   Attorneys for Defendants Adam Dent, Kate
   Strauss, Casey Bringedahl and Pete Kutches