UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DEREK ANTOL, individually, and as next friend for DSA II, DEVON ANTOL and TRYSTON ANTOL,

        Plaintiffs,

ADAM DENT, KATE STRAUS, CASEY BRINGEDAHL, CASEY TRUCKS, PETE KUTCHES, and WESTERN MICHIGAN ENFORCEMENT TEAM, a public body organized under the laws of the State of Michigan,

        Defendants.

Case No. 1:17-cv-00613

Hon. JANET T. NEFF

---

| | |
|---|---|
| J. Nicholas Bostic<br>Bostic & Associates<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing, MI 48906<br>(517) 706-0132<br>barristerbosticlaw@gmail.com | Adam P. Sadowski (P73864)<br>John G. Fedynsky (P65232)<br>Assistant Attorneys General<br>Attorneys for Defendant Casey Trucks<br>Complex Litigation Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-3055<br>sadowskia@michigan.gov<br>fedynskyj@michigan.gov |
| Allan C. VanderLaan (P33893)<br>Bradley Charles Yanalunas (P80528)<br>Curt A. Benson (P38891)<br>Cummings McClorey Davis & Acho PLC<br>Attorneys for Defendants Dent, Strauss, Bringedahl, & Kutches<br>327 Centennial Plaza Bldg.<br>2851 Charlevoix Dr., SE<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com<br>cbenson@cmda-law.com | Douglas M. Hughes (P30958)<br>John M. Karafa (P36007)<br>Williams Hughes, PLLC<br>Attorneys for Defendants Kutches & Western MI Enforcement Team<br>120 W. Apple Ave.<br>P.O. Box 599<br>Muskegon, MI 49440<br>(231) 726-4857<br>doughughes@williamshugheslaw.com<br>johnkarafa@williamshugheslaw.com |

**DEFENDANT CASEY TRUCKS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY IN
<u>SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Casey Trucks, by counsel, files this motion for extension of time to file his reply brief in support of their motion for summary judgment from November 23, 2018, until December 7, 2018 based upon the following grounds:

1. The undersigned has an unexpected family illness that required his immediate attention as more fully explained in the attached brief and needs additional time to prepare an adequate reply brief in support of their motion for summary judgment.

2. Defendant Casey Trucks moves this Court to enter an order retroactively extending the deadline to file a reply to the motion for summary judgment November 23, 2018, until December 7, 2018.

3. Pursuant to local rule, the undersigned spoke with Plaintiff's counsel, and he agreed to this extension.

    Respectfully submitted,

    Bill Schuette
    Attorney General

    *s/Adam P. Sadowski*
    Adam P. Sadowski
    Assistant Attorney General
    Attorney for Defendant Casey Trucks
    Complex Litigation Division
    P.O. Box 30736
    Lansing, MI 48909
    (517) 335-3055
    sadowskia@michigan.gov
    P73864

Dated:  November 29, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                                        *s/Adam P. Sadowski*
                                        Adam P. Sadowski
                                        Assistant Attorney General
                                        Attorney for Defendant Casey Trucks