UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DEREK ANTOL, individually, and as next friend for DSA II, DEVON ANTOL and TRYSTON ANTOL,

        Plaintiffs,

ADAM DENT, KATE STRAUS, CASEY BRINGEDAHL, CASEY TRUCKS, PETE KUTCHES, and WESTERN MICHIGAN ENFORCEMENT TEAM, a public body organized under the laws of the State of Michigan,

        Defendants.

Case No. 1:17-cv-00613

Hon. JANET T. NEFF

---

| | |
|---|---|
| J. Nicholas Bostic<br>Bostic & Associates<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing, MI  48906<br>(517) 706-0132<br>barristerbostic@att.net<br><br>Allan C. VanderLaan (P33893)<br>Bradley Charles Yanalunas (P80528)<br>Curt A. Benson (P38891)<br>Cummings McClorey Davis & Acho PLC<br>Attorneys for Defendants Dent, Strauss, Bringedahl, & Kutches<br>327 Centennial Plaza Bldg.<br>2851 Charlevoix Dr., SE<br>Grand Rapids,  MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com<br>cbenson@cmda-law.com | Adam P. Sadowski (P73864)<br>John G. Fedynsky (P65232)<br>Assistant Attorneys General<br>Attorneys for Defendant Trucks<br>Civil Litigation Employment & Elections<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 373-6434<br>sadowskia@michigan.gov<br>fedynskyj@michigan.gov<br><br>Douglas M. Hughes (P30958)<br>John M. Karafa (P36007)<br>Williams Hughes, PLLC<br>Attorneys for Defendants Kutches & Western MI Enforcement Team<br>120 W. Apple Ave.<br>P.O. Box 599<br>Muskegon, MI  49440<br>(231) 726-4857<br>doughughes@williamshugheslaw.com<br>johnkarafa@williamshugheslaw.com |

**DEFENDANT TRUCKS'
MOTION FOR SUMMARY JUDGMENT**

Defendant, Michigan State Trooper Casey Trucks, through the undersigned attorney, brings this motion under Fed. R. Civ. P. 56(a), for summary judgment, based on the grounds set forth in Defendant's accompanying brief.

Respectfully submitted,

Bill Schuette
Attorney General

*s/ Adam P. Sadowski*
Adam P. Sadowski (P73864)
Assistant Attorney General
Attorney for Defendant Trucks
Complex Litigation Division
P.O. Box 30736
Lansing, MI  48909
517.373.6434
sadowskia@michigan.gov
P73864

Dated:  October 2, 2018