UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DEREK ANTOL, individually, and as next friend for DSA II, DEVON ANTOL and TRYSTON ANTOL,

    Plaintiffs,

ADAM DENT, KATE STRAUS, CASEY BRINGEDAHL, CASEY TRUCKS, PETE KUTCHES, and WESTERN MICHIGAN ENFORCEMENT TEAM, a public body organized under the laws of the State of Michigan,

    Defendants.

Case No. 1:17-cv-00613

Hon. JANET T. NEFF

---

J. Nicholas Bostic
Bostic & Associates
Attorney for Plaintiffs
909 N. Washington Ave.
Lansing, MI 48906
(517) 706-0132
barristerbostic@att.net

Allan C. VanderLaan (P33893)
Bradley Charles Yanalunas (P80528)
Curt A. Benson (P38891)
Cummings McClorey Davis & Acho PLC
Attorneys for Defendants Dent, Strauss, Bringedahl, & Kutches
327 Centennial Plaza Bldg.
2851 Charlevoix Dr., SE
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
byanalunas@cmda-law.com
cbenson@cmda-law.com

Adam P. Sadowski (P73864)
John G. Fedynsky (P65232)
Assistant Attorneys General
Attorneys for Defendant Trucks
Civil Litigation Employment & Elections
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
sadowskia@michigan.gov
fedynskyj@michigan.gov

Douglas M. Hughes (P30958)
John M. Karafa (P36007)
Williams Hughes, PLLC
Attorneys for Defendants Kutches & Western MI Enforcement Team
120 W. Apple Ave.
P.O. Box 599
Muskegon, MI 49440
(231) 726-4857
doughughes@williamshugheslaw.com
johnkarafa@williamshugheslaw.com

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DEREK ANTOL, individually, next
friend of DSA and DSA II, minors,
and TRYSTON ANTOL,

Plaintiffs,

ADAM DENT, KATE STRAUSS, CASEY
BRINGEDAHL, CASEY TRUCKS, PETE
KUTCHES, and WESTERN MICHIGAN
ENFORCEMENT TEAM, a public body
organized under the laws of the State of
Michigan,

Defendants.

Case No. 1:17-cv-00613

Hon. JANET T. NEFF

## AFFIDAVIT OF CASEY TRUCKS

I, Casey Trucks, hereby depose and say as follows:

1. I am presently, and was at all times relevant to this lawsuit, employed by the Michigan State Police (MSP) as a Michigan State Trooper.

2. If sworn as a witness, I can testify competently to the facts contained within this affidavit based on personal knowledge.

3. In my position with MSP, I was asked to assist members of the Western Michigan Enforcement Team (WEMET) on July 9, 2014. I am not, and have never been, a member of WEMET.

4. On July 9, 2014, I, along with two other officers that were members of WEMET, entered the premises located at 1769 N Green Creek Road in Muskegon, Michigan in order to secure the premises to prevent the destruction of evidence in

Scanned with CamScanner

anticipation of a search warrant.

5. While securing the premises in anticipation of the search warrant, I did not look into any compartment to which a person could not be hiding. I did not look in any cabinets while the premises was being secured.

AFFIANT SAYS NOTHING FURTHER.

I declare under penalty of perjury that the foregoing is true and correct.

_CASEY TRUCKS_
CASEY TRUCKS

Subscribed and sworn to before me,
this 28 day of September 2018.

_Denise Renee Boerman_
Notary Public
State of Michigan, County of Ottawa
My commission expires: 4/5/2024

DENISE RENEE BOERMAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OTTAWA
My Commission Expires April 5, 2024
Acting in the County of Ottawa



2