UNITED STATES OF AMERICA

IN THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| Derek Antol, individually and as next friend of DSAII, a minor, and Derek S. Antol, Jr., and Tryston Antol,<br>    Plaintiffs, | File No: 1:17-cv-613 |
| v. | |
| Adam Dent, Kate Straus, Casey Bringedahl, Casey Trucks, Pete Kutches, and Western Michigan Enforcement Team, a public body organized under the laws of the State of Michigan,<br>    Defendants, | Hon. Janet T. Neff<br>U.S. District Court Judge |

_____/

**PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT TRUCKS**

Attachment 1 – DSA II affidavit

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | ) ss: |
| COUNTY OF MUSKEGON | ) |

## AFFIDAVIT

DSAII, being duly sworn, states:

1. Affiant is a minor and competent to testify to the assertions in the affidavit on personal knowledge unless otherwise noted.

2. I have reviewed the affidavit of Defendant Casey Trucks attached to his motion for summary judgment and specifically the paragraph where he states that he did not open any drawers or cabinets that were not large enough to hold a person.

3. Attachment A to this affidavit is a photograph showing the entry door to the bathroom and showing the door that enters into my bedroom where I was held at gunpoint.

4. Attachment B to this affidavit is a photograph of two storage cabinets above the shower in the bathroom identified as #1 and #2 which are opened by sliding a door to the left or right.

5. A person cannot fit into #1 or #2 but on July 9, 2014, I could hear Defendant Trucks sliding the doors to the cabinets.

6. As of July 2014, I had lived in this house for 3 months at the time and still live there so I have opened and closed those doors numerous times as well as hear other people open them and I am familiar with the sound.

7. Attachment C to this affidavit is a photograph showing cabinets #3 through #7 which are opened by opening a solid door hinged on the right or left.

8. A person cannot fit into any of the cabinets numbered 3 through 7 but on July 9, 2014 I could hear Defendant Trucks opening and closing these doors.

9. I have opened and closed those cabinets numerous times as well as hear other people open them and I am familiar with the sound of the hinges as well as the sound of the cabinet doors closing against the wood frame.

10. Number 8 represents the medicine cabinet which is approximately 3.5 inches deep and a person cannot fit into #8 but on July 9, 2014 I could hear Defendant Trucks opening and closing these doors.

11. I have opened and closed the doors to the medicine cabinet numerous times as well as hear other people open them and I am familiar with the sound of the hinges as well as the sound of the medicine cabinet doors closing against the magnets with a click.

12. Number 9 represents a [cabinet/closet] directly opposite the medicine cabinet which is approximately 8 inches deep and a person cannot fit into #9 but on July 9, 2014 I could hear Defendant Trucks open this door.

13. I have opened and closed the door to this closet (#9) numerous times as well as hear other people open them and I am familiar with the sound of the hinges as well as the sound of the door

closing against the wood frame.

14. I agree with Paragraph 4 of Defendant Trucks' affidavit which states that he and two WEMET officers entered the premises.

15. As I was looking at the two WEMET officers in my doorway, I observed Defendant Trucks in uniform walk behind them and entered into the bathroom.

16. I then heard the sounds as described above.

Further your affiant sayeth not.

DSAII

DSAII _____

On the 9 day of November, 2018, DSAII appeared personally before me and swore to the facts contained in the above affidavit.

_Carley Aschnaker_, Notary Public
Muskegon County, Michigan · Oceana County
My commission expires: Dec. 27, 2027

Carley A Schaner
Notary, State of Michigan
    County of Oceana
My Commission Expires December 27, 2023





ATTACHMENT B

