UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DEREK ANTOL, individually, and as next friend for DSA II, DEVON ANTOL and TRYSTON ANTOL,

    Plaintiffs,

ADAM DENT, KATE STRAUS, CASEY BRINGEDAHL, CASEY TRUCKS, PETE KUTCHES, and WESTERN MICHIGAN ENFORCEMENT TEAM, a public body organized under the laws of the State of Michigan,

    Defendants.

Case No. 1:17-cv-00613

Hon. JANET T. NEFF

_____/

| | |
|---|---|
| J. Nicholas Bostic<br>Bostic & Associates<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing, MI  48906<br>(517) 706-0132<br>barristerbosticlaw@gmail.com | Adam P. Sadowski (P73864)<br>John G. Fedynsky (P65232)<br>Assistant Attorneys General<br>Attorneys for Defendant Casey Trucks<br>Complex Litigation Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 335-3055<br>sadowskia@michigan.gov<br>fedynskyj@michigan.gov |
| Allan C. VanderLaan (P33893)<br>Bradley Charles Yanalunas (P80528)<br>Curt A. Benson (P38891)<br>Cummings McClorey Davis & Acho PLC<br>Attorneys for Defendants Dent, Strauss, Bringedahl, & Kutches<br>327 Centennial Plaza Bldg.<br>2851 Charlevoix Dr., SE<br>Grand Rapids,  MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com<br>cbenson@cmda-law.com | Douglas M. Hughes (P30958)<br>John M. Karafa (P36007)<br>Williams Hughes, PLLC<br>Attorneys for Defendants Kutches & Western MI Enforcement Team<br>120 W. Apple Ave.<br>P.O. Box 599<br>Muskegon, MI  49440<br>(231) 726-4857<br>doughughes@williamshugheslaw.com<br>johnkarafa@williamshugheslaw.com |

_____

**REPLY IN SUPPORT OF DEFENDANT CASEY TRUCKS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

## REPLY BRIEF

Plaintiffs have altered their claims to some extent. On page one of their response to Defendant Trucks' motion for summary judgment, they put "All Plaintiffs as to Defendant Trucks" however, the main Plaintiff, Derek Antol, admitted that he personally has no claims against Defendant Trucks. (See Exhibit A to Defendant Trucks' motion for summary judgment at pg. 77). Derek Antol cannot change his deposition testimony to now create a claim when he admitted none existed at the time.

Much of the response focuses on the conduct of the other officers and what Plaintiffs allege is their wrongful conduct that gets imputed onto Trucks. However, the Sixth Circuit case cited by Plaintiffs actually supports Defendant Trucks position. In *Smoak v. Hall,* 460 F.3d 768 (6th Cir. 2006), the Court actually found qualified immunity applicable and it was based on whether the individual defendants had a "good-faith defense". *Id.* at 781-782. Therefore, the conduct to be analyzed it what was reasonable for Trucks to believe. He was requested to help secure the premises and did so. Any bad acts by any other co-defendant cannot be put onto Trucks just because he was there.

Additionally, Plaintiffs' discussion of the good-faith defense as to the warrant is misplaced. (Response in Opposition at pg. 10). Trucks was not the affiant for a warrant and was not involved in that process. While Trucks does not believe that the fellow co-defendants violated Plaintiffs' rights, Trucks himself was objectively reasonable. For Plaintiffs to rebut the presumption of qualified immunity, plaintiffs are required to come forward with evidence demonstrating that the actions of each

and every defendant were objectively unreasonable in light of the clearly established law.  The qualified-immunity analysis must be undertaken in regard to the specific constitutional violation at issue.  Plaintiffs have not met this burden.

## CONCLUSION AND RELIEF SOUGHT

For the reasons discussed above, Defendant Trucks requests this Court grant his motion for summary judgment.

                                                Respectfully submitted,

                                                Bill Schuette
                                                Attorney General

                                                *s/ Adam P. Sadowski*
                                                Adam P. Sadowski (P73864)
                                                Assistant Attorney General
                                                Attorney for Defendant Trucks
                                                Complex Litigation Division
                                                P.O. Box 30736
                                                Lansing, MI  48909
                                                517.335.3055
                                                sadowskia@michigan.gov
                                                P73864

Dated:  December 7, 2018