UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEREK ANTOL, et al,<br>    Plaintiff, | CASE NO. 1:17-cv-613 |
| v | HON. JANET T. NEFF |
| ADAM DENT, et al,<br>    Defendants. | |

_____/

J. Nicholas Bostic (P40653)  
Attorney for Plaintiff  
909 N. Washington Avenue  
Lansing, MI 48903  
517-706-0132  

Joseph T. Froehlich (P71887)  
Michigan Dep't of Attorney General  
Attorney for Defendant Casey Trucks  
525 W. Ottawa Street  
PO Box 30736  
Lansing, MI 48909  
517-373-6434  

Allan C. Vander Laan (P33893)  
Cummings, McClorey, Davis & Acho  
Attorneys for Defendants Adam Dent,  
    Kate Strauss, Casey Bringedahl & Peter  
    Kutches  
2851 Charlevoix Dr., SE – Suite 327  
Grand Rapids, MI 49546  
616-975-7470  

_____/

### STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT TRUCKS ONLY

    NOW COME Plaintiff, Derek Antol, and Defendant, Casey Trucks, by and through counsel, and having resolved fully and finally their differences in the within action hereby stipulate to the entry of an Order of Dismissal as to Defendant Casey Trucks only, with prejudice, and without fees or costs.

Dated: July 23, 2019   */s/ J. Nicholas Bostic*  
    J. Nicholas Bostic P40653  
    Attorney for Plaintiff Antol  

Dated: July 23, 2019   */s/ Joseph T. Froehlich*  
    Joseph T. Froehlich P71887  
    Attorney for Defendant Trucks  

Concur:

Dated: July 23, 2019   */s/ Allan C. Vander Laan*  
    Allan C. Vander Laan P33893  
    Attorney for Defs. Dent,  
    Strauss, Bringedahl, Kutches

## **ORDER**

The Court having reviewed the Stipulation of the parties, and otherwise being advised in the premises, hereby approves the stipulation for entry of an order dismissing the within action, only as to Defendant Casey Trucks with prejudice, and without fees or costs.

This is not a final order, and does not close the case.

**IT IS SO ORDERED**.

Dated: _____                              _____
                                                  HONORABLE JANET T. NEFF
                                                  UNITED STATES DISTRICT JUDGE