UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANTOL, DEREK, individually and as next friend for DSAII, a minor, DEVON S. ANTOL and TRYSTON ANTOL,

    Plaintiffs,

v.

ADAM DENT, KATE STRAUS, CASEY BRINGEDAHL, CASEY TRUCKS, PETE KUTCHES, and WESTERN MICHIGAN ENFORCEMENT TEAM, a public body organized under the laws of the State of Michigan,

    Defendants.

Case No. 1:17-cv-613

HON. JANET T. NEFF

_____

| | |
|---|---|
| J. Nicholas Bostic (P40653)<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing MI  48906<br>517-706-0132<br>barristerbostic@gmail.com | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Dent, Strauss, Bringedahl and Kutches<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |

_____

## **JOINT NOTICE OF NEGOTIATION**

Now come the Plaintiffs and Defendants Adam Dent, Kate Straus, Casey Bringedahl and Pete Kutches by and through their respective counsel and, pursuant to the Court's order entered on July 11, 2019, hereby give notice to the Court the parties will continue negotiating resolution of this matter.  Further, the parties agree the deadline for completion of these negotiations is August 22, 2019.

Respectfully submitted,

DATED:  August 7, 2019

                                          By:/s/ J. Nicholas Bostic
J. Nicholas Bostic (P40653)
909 N. Washington Ave.
Lansing MI  48906
Attorney for Plaintiffs

DATED:  August 7, 2019

                                          By: /s/ Bradley C. Yanalunas
Allan C. Vander Laan (P33893)
Bradley C. Yanalunas (P80528)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants Dent, Strauss,
Bringedahl and Kutches

00971723-1