UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANTOL, DEREK, individually and as
next friend for DSAII, a minor, DEVON
S. ANTOL and TRYSTON ANTOL,

    Plaintiffs,

v.

ADAM DENT, KATE STRAUS, CASEY
BRINGEDAHL, CASEY TRUCKS,
PETE KUTCHES, and WESTERN
MICHIGAN ENFORCEMENT TEAM, a
public body organized under the laws of
the State of Michigan,

    Defendants.

Case No. 1:17-cv-613

HON. JANET T. NEFF

---

| | |
|---|---|
| J. Nicholas Bostic (P40653)<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing MI  48906<br>517-706-0132<br>barristerbostic@gmail.com | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Dent, Strauss,<br>Bringedahl and Kutches<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |

---

## JOINT NOTICE OF NEGOTIATION

    Now come the Plaintiffs and Defendants Adam Dent, Kate Straus, Casey Bringedahl and Pete Kutches by and through their respective counsel and, hereby give notice to the Court Counsel for Plaintiffs submitted a demand on August 23, 2019 which the Defendants are considering.  The parties will continue negotiating resolution of this matter and agree the deadline for completion of these negotiations is September 6, 2019.

                    Respectfully submitted,

DATED:  August 7, 2019

        By:<u>/s/ J. Nicholas Bostic</u>
        J. Nicholas Bostic (P40653)
        909 N. Washington Ave.
        Lansing MI  48906
        Attorney for Plaintiffs


DATED:  August 7, 2019

        By<u>: /s/ Bradley C. Yanalunas</u>
        Allan C. Vander Laan (P33893)
        Bradley C. Yanalunas (P80528)
        Cummings, McClorey, Davis & Acho
        Attorneys for Defendants Dent, Strauss,
        Bringedahl and Kutches