UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL, et al.,

    Plaintiffs,

v.

ADAM DENT, et al.,

    Defendants.

_____/

Case No. 1:17-cv-613

HON. JANET T. NEFF

## ORDER

This matter is before the Court on the parties' Joint Notice of Negotiation (ECF No. 83). The Court having reviewed the above filing:

**IT IS HEREBY ORDERED** that the parties shall continue negotiating resolution of this matter, and shall, <u>not later than September 6, 2019</u>, file a Joint Notice indicating that the parties:

1) have reached a resolution of this matter and dismissal papers are forthcoming, including a proposed deadline to file the dismissal papers;

2) are continuing to negotiate a resolution and request more time to do so, including a detailed explanation of the efforts made thus far, what remains to be done to complete the process, and the additional time necessary; or

3) were unable to reach a resolution of this case and the parties request Alternative Dispute Resolution (ADR), including the specific form of ADR and a proposed deadline for completion, or were unable to reach a resolution of this case and the parties request additional proceedings, including a proposed course of action.

Dated: August 27, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge