UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANTOL, DEREK, individually and as
next friend for DSAII, a minor, DEVON
S. ANTOL and TRYSTON ANTOL,

    Plaintiffs,

v.

ADAM DENT, KATE STRAUS, CASEY
BRINGEDAHL, CASEY TRUCKS,
PETE KUTCHES, and WESTERN
MICHIGAN ENFORCEMENT TEAM, a
public body organized under the laws of
the State of Michigan,

    Defendants.

Case No. 1:17-cv-613

HON. JANET T. NEFF

---

| | |
|---|---|
| J. Nicholas Bostic (P40653)<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing MI  48906<br>517-706-0132<br>barristerbostic@gmail.com | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Dent, Strauss,<br>Bringedahl and Kutches<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |

---

**JOINT NOTICE OF NEGOTIATION**

    Now come the Plaintiffs and Defendants Adam Dent, Kate Straus, Casey Bringedahl and Pete Kutches by and through their respective counsel and, hereby give notice to the Court Counsel for Plaintiffs submitted a demand on August 23, 2019. Defendants requested additional details regarding Plaintiffs' demand which were provided on September 6, 2019.  On September 20, 2019, Defendants submitted their counter-offer.  Plaintiffs' have not responded to Defendants' counter-offer as of this date.

The parties will continue negotiating resolution of this matter and agree the deadline for completion of these negotiations is October 21, 2019.

Dated:  September 30, 2019September 30, 2019September 30, 2019

                Respectfully submitted,

By:/s/ J. Nicholas Bostic with permission
J. Nicholas Bostic (P40653)
909 N. Washington Ave.
Lansing MI  48906
Attorney for Plaintiffs

By: /s/ Bradley C. Yanalunas
Allan C. Vander Laan (P33893)
Bradley C. Yanalunas (P80528)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants Dent, Strauss, Bringedahl and Kutches