UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Devon S. Antol, et al.,

    Plaintiffs,                                        Hon. Janet T. Neff

v.                                                 Case No. 1:17-cv-00613-JTN-SJB

Adam Dent, et al.,

    Defendants,
_____/

**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE**

The Settlement Conference set in this matter for December 19, 2019, is rescheduled to **January 31, 2020, at 10:00 a.m.** with Magistrate Judge Phillip J. Green, 601 Federal Building, 110 Michigan Street N.W., Grand Rapids, Michigan.  In all other respects, including the requirements regarding attendance at the conference and submission of a confidential settlement letter, the Settlement Conference Order entered on October 24, 2019 (ECF No. 89) remains in effect.  The confidential letters will be due three business days, via fax to 616-456-2074, before the rescheduled conference.

                                                      PHILLIP J. GREEN
                                                     United States Magistrate Judge

Date: December 3, 2019                  /s/ Jessica K. Wright
                                            By:  Jessica K. Wright, Deputy Clerk