UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANTOL, DEREK, individually and as
next friend for DSAII, a minor, DEVON
S. ANTOL and TRYSTON ANTOL,

    Plaintiffs,

v.

ADAM DENT, KATE STRAUS, CASEY
BRINGEDAHL, CASEY TRUCKS,
PETE KUTCHES, and WESTERN
MICHIGAN ENFORCEMENT TEAM, a
public body organized under the laws of
the State of Michigan,

    Defendants.

Case No. 1:17-cv-613

HON. JANET T. NEFF

---

| | |
|---|---|
| J. Nicholas Bostic (P40653)<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing MI  48906<br>517-706-0132<br>barristerbostic@gmail.com | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Dent, Strauss,<br>Bringedahl and Kutches<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |

---

**STIPULATION TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE**

NOW COME the Plaintiffs and Defendants Adam Dent, Kate Straus, Casey Bringedahl and Pete Kutches by and through their respective counsel and, hereby stipulate and agree a representative from the Defendants' insurer, the Michigan Municipal Risk Management Authority, may attend the settlement conference scheduled on January 31, 2020 at 9:30 a.m. by telephone.  Kristen Wade and Jeff Lewis, on behalf of the

Defendant County and City Officers, respectively, will attend in-person with full authority to negotiate settlement with Defendants' counsel.

              Respectfully submitted,

DATED:  January 22, 2020

              By:<u>/s/ J. Nicholas Bostic with permission</u>
              J. Nicholas Bostic (P40653)
              909 N. Washington Ave.
              Lansing MI  48906
              Attorney for Plaintiffs

DATED:  January 22, 2020

              By<u>: /s/ Bradley C. Yanalunas</u>
              Allan C. Vander Laan (P33893)
              Bradley C. Yanalunas (P80528)
              Cummings, McClorey, Davis & Acho
              Attorneys for Defendants Dent, Strauss,
              Bringedahl and Kutches

## ORDER TO ATTEND SETTLMENT CONFERENCE BY TELEPHONE

This matter is before the Court upon the stipulation of the parties:

IT IS HEREBY ORDERED that a representative from Defendants insurer may attend the settlement conference scheduled for January 31, 2020 at 9:30 a.m. by telephone.

IT IS FURTHER ORDERED that a representative with the full and final authority to negotiate settlement on behalf of remaining Defendants shall attend the settlement conference in person.


Dated: _____          _____
                                HON. PHILLIP J. GREEN
                                U.S. Magistrate Judge