UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVON S. ANTOL, et al.,

    Plaintiffs,

v.

ADAM DENT, et al.,

    Defendants,

_____/

Hon. Janet T. Neff

Case No. 1:17-cv-00613-JTN-SJB

## **ORDER**

The Court was informed on January 31, 2020, during the settlement conference of the parties' agreement to settle this matter. Accordingly, it is **ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Janet T. Neff, shall be filed with the Court on or before **February 28, 2020**.

Date: January 31, 2020

/s/Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge