**UNITED STATES OF AMERICA**

**IN THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION**

Derek Antol, individually and as next friend of           File No: 1:17-cv-613
DSAII, a minor, Devon S. Antol and Tryston Antol,
     Plaintiffs,

v.

Adam Dent, Kate Straus,                         Hon. Janet T. Neff
Casey Bringedahl, Casey Trucks,                 U.S. District Court Judge
Pete Kutches, and Western Michigan
Enforcement Team, a public
body organized under the laws of the
State of Michigan,
     Defendants,

_____/

J. Nicholas Bostic (P40653)              Allan C. Vander Laan (P33893)
Attorney for Plaintiffs                  Bradley C. Yanalunas (P9=80528)
909 N. Washington Ave.                   Attorneys for Defendants Adam Dent,
Lansing MI 48906                          Kate Straus, Casey Bringedahl & Peter Kutches
517-706-0132                             2851 Charlevoix Dr., S.E. - Suite 327
                                         Grand Rapids MI 49546
                                         616-975-7470
                                         avanderlaan@cmda-law.com
                                         byanalunas@cmda-law.com

_____/

## STIPULATION TO SUBSTITUTE PARTIES, AMEND THE CAPTION, AND VACATE ORDER REGARDING NEXT FRIEND

The Parties hereby inform the Court of the following agreement:

1. DSA II turned 18 in August 2019.

2. The case caption regarding Plaintiffs should now read as noted in Attachment 1.

3. Tryston Antol is substituted in as a party in lieu of Derek Antol, as Next Friend.

4. Devon Antol is substituted in as a party in lieu of Derek Antol, as Next Friend.

5. Derek Sebastian Antol is substituted in as a party in lieu of Derek Antol, as Next Friend.

6.   All orders appointing Derek Antol as Next Friend of a minor are vacated [R.7,

PageID#33; R.33, PageID#256].

Respectfully submitted,

DATED:  March 3, 2020

By:/*s/ J. Nicholas Bostic*
J. Nicholas Bostic (P40653)
909 N. Washington Ave.
Lansing MI  48906
Attorney for Plaintiffs

DATED:  March 3, 2020

By: /s/ *Bradley C. Yanalunas*
Allan C. Vander Laan (P33893)
Bradley C. Yanalunas (P80528)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants Dent, Straus,
Bringedahl and Kutches

## ORDER REGARDING SUBSTITUTION OF PARTIES, AMENDING THE CAPTION AND VACATING ORDERS APPOINTING NEXT FRIEND

This matter is before the Court upon a stipulation of the Parties to substitute

parties, amend the caption and vacate orders appointing next friend. Upon the filing and

reading of the proposed stipulation, IT IS SO ORDERED.

Dated: _____          _____
                                 HON. JANET T. NEFF
                                 U.S. District Court Judge