SUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DEREK STEPHEN ANTOL, DEREK SEBASTIAN ANTOL, DEVON S. ANTOL AND TRYSTON ANTOL,

    Plaintiffs,

v.

ADAM DENT, KATE STRAUS, CASEY BRINGEDAHL, CASEY TRUCKS, PETE KUTCHES, and WESTERN MICHIGAN ENFORCEMENT TEAM, a public body organized under the laws of the State of Michigan,

    Defendants.

Case No. 1:17-cv-613

HON. JANET T. NEFF

---

| | |
|---|---|
| J. Nicholas Bostic (P40653)<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing MI  48906<br>517-706-0132<br>barristerbostic@gmail.com | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Dent, Straus, Bringedahl and Kutches<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |

---

### **STIPULATION AND PROPOSED ORDER TO EXTEND THE DATE OF FILING OF SETTLEMENT DOCUMENTS**

    NOW COME the Plaintiffs and Defendants Adam Dent, Kate Straus, Casey Bringedahl and Pete Kutches by and through their respective counsel and, hereby stipulate and agree to extend the date for filing settlement documents to Wednesday March 11, 2020 from previously scheduled date of Friday, February 28, 2020.  The parties require additional time to finalize the language to the Release and Settlement Agreement.

01082798-1

Further, Plaintiffs require additional time to obtain financial documents requested by Defendants' Counsel to release payment.

                                              Respectfully submitted,

DATED:  March 6, 2020

By:/s/ J. Nicholas Bostic with permission
J. Nicholas Bostic (P40653)
909 N. Washington Ave.
Lansing MI  48906
Attorney for Plaintiffs


DATED:  March 6, 2020

By: /s/ Bradley C. Yanalunas
Allan C. Vander Laan (P33893)
Bradley C. Yanalunas (P80528)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants Dent, Straus,
Bringedahl and Kutches

01082798-1

## **PROPOSED ORDER TO EXTEND THE DATE OF FILING OF SETTLEMENT DOCUMENTS**

This matter is before the Court upon the stipulation of the parties:

IT IS HEREBY ORDERED that the date to file settlement documents is extended from Friday, February 28, 2020 to Wednesday, March 11, 2020 for the reasons stated above.


Dated: _____                    _____
                                          JANET T. NEFF
                                          U.S. District Judge


01082798-1