UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DEREK STEPHEN ANTOL, DEREK SEBASTIAN ANTOL, DEVON S. ANTOL AND TRYSTON ANTOL,

    Plaintiffs,

v.

ADAM DENT, KATE STRAUS, CASEY BRINGEDAHL, CASEY TRUCKS, PETE KUTCHES, and WESTERN MICHIGAN ENFORCEMENT TEAM, a public body organized under the laws of the State of Michigan,

    Defendants.

Case No. 1:17-cv-613

HON. JANET T. NEFF

_____

| | |
|---|---|
| J. Nicholas Bostic (P40653)<br>Attorney for Plaintiffs<br>909 N. Washington Ave.<br>Lansing MI  48906<br>517-706-0132<br>barristerbostic@gmail.com | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Dent, Straus, Bringedahl and Kutches<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |

_____

## **STIPULATION AND ORDER OF DISMISSAL**

    NOW COME the Plaintiffs and Defendants Adam Dent, Kate Straus, Casey Bringedahl and Pete Kutches by and through their respective counsel and, hereby stipulate and agree that the remaining claims in Plaintiffs' complaint be dismissed with prejudice and without costs, interest or attorney fees to any of the parties, except as otherwise provided in the parties' settlement agreement.

01080856-1

Respectfully submitted,

DATED: March 16, 2020

/s/ J. Nicholas Bostic with permission
J. Nicholas Bostic (P40653)
909 N. Washington Ave.
Lansing MI  48906
Attorney for Plaintiffs

DATED: March 16, 2020

/s/ Bradley C. Yanalunas
Allan C. Vander Laan (P33893)
Bradley C. Yanalunas (P80528)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants Dent, Strauss,
Bringedahl and Kutches

## ORDER OF DISMISSAL

This matter having come before the Court by stipulation of the parties, and the Court being otherwise advised,

IT IS ORDERED that this matter is dismissed with prejudice and without costs.

Dated: _____          _____
                                HON. JANET T. NEFF
                                District Court Judge

01080856-1